**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENS MAJANO, | ) NO. CV 12-1742-GHK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| TIM VIRGA, | ) |
| Respondent. | ) |

Pursuant to the Court's Order: Granting Motion To Dismiss; Dismissing Petition Without Prejudice; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, for failure to exhaust available state remedies.

DATED: 6/26/12 .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE